IN THE BANKRUPTCY COURT OF THE UNITED STATES
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 07-63396 |
| | ) CHAPTER 13 PROCEEDINGS |
| CHRIS LARS POWERS and | ) |
| RICHELLE LEIGH POWERS | ) |
| | ) JUDGE RUSS KINDIG |
| Debtor(s) | ) |
| | ) **NOTICE OF HEARING** |

The first meeting of creditors is hereby scheduled for January 2, 2008 at 1:00 P.M. and the hearing on confirmation of the plan is scheduled for January 23, 2008 at 2:00 P.M.

The hearings will be held at the Frank T. Bow Building, 201 Cleveland Avenue W., Canton, OH.

Respectfully submitted,

/s/Anthony J. Costello
Anthony J. Costello #0022789
Attorney for Debtors
2666 S. Arlington Rd.
Akron, OH 44308
330-644-0076

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Hearing was served this 11th[th] day of December, 2007 electronically to: **Toby Rosen, Trustee**, and **Attorney Amy Good**, Office of the U.S. Trustee, and via regular U.S. Mail to: **AMR of Ohio,** P.O. Box 100238, Atlanta, GA 30384; **Arnold Glantz, Esq**., 4883 Dressler Road NW, Canton, OH 44718; **Beneficial,** c/o Javitch, Block, & Rathbone, 1300 East Ninth Street, 14th Floor, Cleveland, OH 44114-1503; **Berdina Powers**, 26607 Red Stone Hill, Sant Antonio, TX 78261; **Brad Iams**, 400 Huntington Bank Plaza, 220 Market Avenue S., Canton, OH 44702; **Canton Aultman Emer Phy. Inc**., P.O. Box 76659, Cleveland, OH 44101-6500; **Capital One**, c/o MRS, 3 Executive Campus Suite 400, Cherry Hill, NJ 08002; **Capital One**, P.O. Box 85184, Richmond, VA 23285-5184; **Child, Adolescent & Family Psych**., P.O. Box 20497, Canton, OH 44701; **Dominion East Ohio**, P.O. Box 26785, Richmond, VA 23261; **Dr. R. Greene DDS**, c/o Stark Collections, 202 Sixth Street NW, Canton, OH 44720-8125; **First Credit Corp**., P.O. Box 13283, Fairlawn, OH 44334; **First Merit**, 295 First Merit Circle, Akron, OH 44307; **GMAC Mortgage**, P.O. Box 780, Waterloo, IA 50704-0780; **Household Bank** c/o Astra Business Services, P.O. Box 1341, Mill

Valley, CA 94942-1341; **Kay Jewelers**, P.O. Box 740425, Cincinnati, OH 45274; **Levin Furniture** c/o Allied Data Corporation, 13111 Westheimer, Suite 400, Houston, TX 7707-5547; **Mark Franks**, 418 South Silver Street, Louisville, OH 44641; **Mazda**, Mazda American Credit, Dept 193901, P.O. Box 5500, Detroit, MI 48255-1939; **Medical Collections Bureau**, P.O. Box 20497, Canton, OH 44711; **Mercy Medical Center Hospital**, 1320 Mercy Drive NW, Canton, OH 44708; **Nav Check**, P.O. Box 3100, Merrifield, VA 22119-3100; **Navy Federal Credit**, P.O. Box 3300, Cincinnati, OH 45274; **Ohio Edison**, P.O. Box 3537, Akron, OH 44309; **Sears**, c/o Central Portfolio Control, 6640 Shady Oak Road, Suite 300, Eden Prairie, MN 55344-7710; **South Carolina Fed Credit Union**, P.O. Box 190012, North Charleston, SC 29419-9012; **Stark County Sanitary Engineering**, Sewer Division, P.O. Box 7906, Canton, OH 44705; **Stark County Women's Clinic**, P.O. Box 80690, Canton, OH 44708.

    /s/Anthony J. Costello
    Anthony J. Costello
    Attorney for Debtors